CLAIM FOR TAXES IMPOSED BY THE INTERNAL REVENUE LAWS OF THE UNITED STATES IN THE UNITED STATES BANKRUPTCY COURT FOR THE <u>NORTHERN</u> DISTRICT OF ILLINOIS <u>EASTERN</u> DIVISION.

| <u>IN THE MATTER OF</u> | <u>DOCKET NO.</u> |
|---|---|
| BYRON R. WILLIAMS SR. | 18-30563 |
| 12455 S PARNELL 2ND FLR | <u>TYPE OF PROCEEDING</u> |
| CHICAGO, IL 60628 | CHAPTER 13 |

## WITHDRAWAL OF CLAIM # 4

THE UNITED STATES OF AMERICA BY THE UNDERSIGNED OFFICER OF THE INTERNAL REVENUE SERVICE, A DULY AUTHORIZED AGENT IN THIS BEHALF, HEREBY WITHDRAWS THE PROOF OF CLAIM FOR FEDERAL TAX FILED IN THE PROCEEDING AS FOLLOWS:

| <u>KIND OF TAX AND PERIOD</u> | <u>AMOUNT DUE</u> | <u>DATE ASSESSED</u> |
|---|---|---|
| INCOME | $1500.00 | Unassessed-no return |

REMARKS:
PLEASE WITHDRAW CLAIM #4
Debtor not liable

DATED THIS 19th
DAY OF February, 2019
UNITED STATES OF AMERICA

BY: R. Vega
_____
   for CHIEF, INSOLVENCY GROUP 6

THE RIGHT TO WITHDRAW THIS
CLAIM IS HEREBY GRANTED